555 A.2d 901

**Teddy S. BIONI**

v.

**CANON–McMILLAN SCHOOL DISTRICT, Appellant.**

Supreme Court of Pennsylvania.

Argued March 6, 1989.

Decided April 7, 1989.\*

\* This decision was considered and rendered prior to March 7, 1989.

John C. Pettit and W. Patric Boyer, Pettit and Associates, Washington, for appellant.

Samuel Y. Stroh and Paul W. Stefano, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS, and STOUT, JJ.

## ORDER

PER CURIAM:

Matter remanded to Commonwealth Court for a determination on the *present record* of the legal question as to whether the lathe is personalty or realty. Jurisdiction relinquished.